IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDDIE THOMAS,

    Plaintiff,

v.                                                                                   No. CV 21-550 GBW/CG

NUCLEAR WASTE PARTNERSHIP, LLC,

    Defendant.

## ORDER RESETTING RULE 16 SCHEDULING CONFERENCE

**IT IS HEREBY ORDERED** that the previously scheduled Rule 16 Scheduling Conference set for **Thursday, September 2, 2021, at 1:30 p.m.,** is **RESET** for **Tuesday, September 7, 2021, at 10:30 a.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE