**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

EDDIE THOMAS,

      Plaintiff,

v.                                                             No. CV 21-550 JB/CG

NUCLEAR WASTE PARTNERSHIP, LLC,

      Defendant.

**ORDER VACATING INITIAL SCHEDULING ORDER AND RULE 16 CONFERENCE**

**THIS MATTER** is before the Court on review of the record and the notice of

reassignment to the Honorable James Browning as the presiding judge. (Doc. 10).

**IT IS HEREBY ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 7), and

all associated deadlines are **VACATED**.

**IT IS FURTHER ORDERED** that the Telephonic Rule 16 Scheduling Conference

set for **September 7, 2021, at 10:30 a.m.** is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE